DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN Bar # 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RUTH MOIRA CHERNOWETZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-00103-GGH |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO TERMINATE PROBATION |
| v. | ) ) |  |
| RUTH MOIRA CHERNOWETZ | ) ) |  |
| Defendant. | ) ) ) |  |

    The parties and the probation officer assigned to Ms. Chernowetz's case have conferred and agree that early termination of her probation is appropriate pursuant to 18 U.S.C. §3564(c) and 18 U.S.C. §3553(a). Specifically, the Court placed Ms. Chernowetz on probation on July 23, 2007 for a term of 36 months. As a condition of her probation she was required to pay restitution in the amount of $15,304.10, a fine of $5,000.00 and a special assessment of $25.00. Ms. Chernowetz has paid her restitution, fine and special assessment in full and has complied with all other conditions of supervision.

    The probation officer recommends the early termination of her probation.

    WHEREFORE, the parties request that the Court order Ms. Chernowetz's probation term to terminate early.

1

DATED: February 18, 2009

                     Respectfully submitted,

| LAWRENCE G. BROWN | DANIEL BRODERICK |
|---|---|
| Acting United States Attorney | Federal Defender |
| | |
| /s/ Lexi Negin for Matthew Stegman | /s/ Lexi Negin |
| MATTHEW STEGMAN | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Ruth Chernowetz |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>             Plaintiff,               )<br>                                      )<br>      v.                              )<br>                                      )<br> RUTH MOIRA CHERNOWETZ                 )<br>                                      )<br>             Defendant.               )<br>                                      )<br> _____ ) | No. CR-07-00103-GGH<br><br>ORDER FOR EARLY TERMINATION OF PROBATION |

    For the reasons set forth in the stipulation of the parties, filed on February 18, 2009, IT IS HEREBY ORDERED that the 36 month term of probation ordered on July 23, 2007, is terminated.

Dated: February 18, 2009

                                    /s/ Gregory G. Hollows

                                  _____
chernowetz.ord                            GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE